```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 60839
    CONRAD E PRYBE
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-1368

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/15/2005 and was confirmed 10/04/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 12/21/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
ECAST SETTLEMENT CORP      UNSECURED         4123.93           .00        4123.93
CAPITAL ONE                UNSECURED        12643.90           .00       12643.90
GENERAL MOTORS ACCEPTANC   SECURED            7270.64          .00        7270.64
GMAC                       NOTICE ONLY    NOT FILED            .00            .00
WELLS FARGO BANK           CURRENT MORTG        .00            .00            .00
BANK ONE                   UNSECURED      NOT FILED            .00            .00
CITI CARDS                 UNSECURED      NOT FILED            .00            .00
IT QUEST LOAN              UNSECURED      NOT FILED            .00            .00
WELLS FARGO BANK           SECURED NOT I    2308.25            .00            .00
NATIONWIDE ACCEPTANCE CO   UNSECURED             .00           .00            .00
HERBERT R BUETOW           DEBTOR ATTY         .00                            .00
TOM VAUGHN                 TRUSTEE                                       1,496.75
DEBTOR REFUND              REFUND                                        6,862.27

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             32,397.49

PRIORITY                                      .00
SECURED                                  7,270.64
UNSECURED                               16,767.83
ADMINISTRATIVE                                .00
TRUSTEE COMPENSATION                     1,496.75
DEBTOR REFUND                            6,862.27
                    --------------      --------------
TOTALS              32,397.49           32,397.49
```

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 60839 CONRAD E PRYBE

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                              /s/ Tom Vaughn

Dated: 03/27/08                    _____
                                               TOM VAUGHN
                                               CHAPTER 13 TRUSTEE